NO. 07-09-0133-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 9, 2009

______________________________

IN THE INTEREST OF A.G., A.G., AND A.C., JR. CHILDREN

_________________________________

FROM COUNTY COURT AT LAW NO. 2 OF RANDALL COUNTY;

NO. 6014-L2; HONORABLE RONALD WALKER, JR., JUDGE

_______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

Appellant, G.G., filed this appeal to challenge the trial court’s order terminating his parental rights to his children A.G. and A.G.
(footnote: 1)   Pending before this Court is G.G.’s unopposed 
Notice of Dismissal of Appeal 
in which he expresses his desire to dismiss this appeal.  Without passing on the merits of the case, G.G.’s motion is granted and the appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).  Having dismissed the appeal at G.G.’s request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle

      Justice

FOOTNOTES
1:
The record reflects that A.C., Jr. is the biological child of a different father, A.C., whose parental rights were also terminated during the same proceeding, but who did not appeal the termination order.